IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| FREDDIE L. WALKER, SR. | § | |
| | § | |
| v. | § | NO. 1:13-CV-619 |
| | § | |
| TA OPERATING L.L.C., d/b/a | § | |
| TRAVEL CENTERS OF AMERICA | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial matters pursuant to General Order No. 05-07. Pending before the court is "Defendants' Motion to Dismiss and to Compel Arbitration" (Doc. No. 8) filed by Defendants TA Operating L.L.C. d/b/a Petro Stopping Centers, Justin Foster, Jeffrey Bills, Michelle L. Fontenot, and Polly Smith. The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 25), who recommends that the court grant Defendants' motion. No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 25) is **ADOPTED**; and Defendants' "Motion to Dismiss and to Compel Arbitration" (Doc. No. 8) is **GRANTED**. All deadlines are hereby terminated, any pending motions are denied as moot, and this case will be administratively closed.

So **ORDERED** and **SIGNED** this **11** day of **September, 2014.**

_____
Ron Clark, United States District Judge